[No. 41777-1-I.     Division One.     May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRENZ HAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05230-2, Charles V. Johnson, J., entered October 30, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 14993-5-III.     Division Three.     May 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE MARK NORWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00112-8, Dennis D. Yule, J., entered June 2, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 15814-4-III.     Division Three.     May 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRI DIANA SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01879-9, Stephen M. Brown, J., entered April 16, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.

[Nos. 16228-1-III; 16229-0-III.     Division Three.     May 28, 1998.]

GERALD L. HARRIS, ET AL., *Respondents*, v. MARGARET BARKUBEIN, ET AL., *Petitioners*.

GERALD L. HARRIS, ET AL., *Respondents*, v. DEBRA JOHNSON, *Petitioner*.

Appeals from judgments of the Superior Court for Benton County, Nos. 96-2-00889-1, 95-2-01340-3, Carolyn A. Brown, J., entered October 10, 1996. *Reversed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.